## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CARANTON D. MCNAIR**                                                             **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 1:23-cv-00094-TBM-RPM**

**SHERIFF DAVID ALLISON**                                        **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 6th day of July, 2023.

                                                                **TAYLOR B. McNEEL**
                                                         **UNITED STATES DISTRICT JUDGE**